IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLES D. GALLOWAY**                                                                  **PETITIONER**

v.                                          No. 3:20CV196-DMB-RP

**JUDGE JOHN GREGORY**                                               **RESPONDENT**

**ORDER *DISMISSING* PETITIONER'S MOTION [7] FOR EQUAL PROTECTION; MOTION [8] FOR PAPERWORK; AND MOTION [9] FOR CONSTITUTIONAL RIGHTS**

This matter comes before the court on ***three motions [7], [8], [9]*** by the petitioner: (1) Motion for Equal Protection 14th Amendment; (2) Motion for Paperwork that Needs to Be Filled Out; and (3) Motion This Court for My Constitutional Rights. For the reasons set forth below, these motions will be dismissed.

In his Motion [7] for Equal Protection, Mr. Galloway states:

> 14th Amendment equal protection of the laws
>     Charles D. Galloway
>     7/9/2020
> I am a citizens [sic]. I have rights!

Doc. 7. As Mr. Galloway has not identified how his rights may have been violated or made any argument to that effect, this motion [7] will be dismissed.

In his Motion [8] for Paperwork that Needs to Be Filled Out, Mr. Galloway states:

> Motion for the paperwork that needs to be filled out of the staff at this facility to be mailed to the correct ones. Due to the negligence done in this jailhouse, and the mental abuse that I'm enduring, I cannot be held accountable for what paperwork is not filled out or handled correctly. Have an officer of the court come help me with my legal paperwork so it can be explained to me better. I am a citizen asking for an honorable Judge to make the honorable decision and not a haisty [sic] one that protects the misconduct done to me.

Doc. 8. The only relief the petitioner seems to seek here is to have someone on the court assist him with his legal work. As the court cannot assist any litigant with his case, this request must be

dismissed.

Finally, in his Motion [9] for My Constitutional Rights, Mr. Galloway states:

Motion this court for my constitutional rights.

Writ of habeas corpus:   The SIXTH AMENDMENT CENTER ensuring fairness & equal access to Justice

PLEADING THE SIXTH

State of Mississippi
v.                                              Case No. 70-49956
Charles D. Galloway         Case No. 7049955

>   Charles D. Galloway
>   7/17/2020

Doc. 9.  As Mr. Galloway has not made any argument or identified any form or relief he seeks, the instant motion [9] will be dismissed.

## Conclusion

In sum, the three motions [7], [8], [9] by the petitioner – (1) Motion [7] for Equal Protection 14th Amendment; (2) Motion [8] for Paperwork that Needs to Be Filled Out; and (3) Motion [9] This Court for My Constitutional Rights are **DISMISSED**.

**SO ORDERED**, this, the 1st day of March, 2021.

/s/   Roy Percy
UNITED STATES MAGISTRATE JUDGE