IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLES D. GALLOWAY**                                                                           **PETITIONER**

v.                                                                                                                                                 **No. 3:20CV196-DMB-RP**

**JUDGE JOHN GREGORY**                                                      **RESPONDENT**

**ORDER *DENYING* PLAINTIFF'S MOTION TO NOTIFY
A THIRD PARTY REGARDING THE INSTANT PROCEEDINGS**

This matter comes before the court on the motion [21] of petitioner Charles Galloway to notify Justin Howard regarding "all my legal proceedings on my behalf." Doc. 21. Mr. Galloway states that he cannot read and write properly and has documented mental disorders which affect his thought processes. It appears that Mr. Galloway would like Mr. Howard to represent him in this matter. Mr. Howard may only represent Mr. Galloway in this matter if he is licensed to practice law in Mississippi and this court and makes an appearance on Mr. Galloway's behalf. As Mr. Howard has not done so, the instant motion [21] is **DENIED**.

**SO ORDERED**, this, the 20th day of August, 2021.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE