IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CHARLES D. GALLOWAY**                                              **PETITIONER**

**v.**                                                     **No. 3:20CV196-DMB-RP**

**JUDGE JOHN GREGORY**                                              **RESPONDENT**

**ORDER DENYING PETITIONER'S MOTION [24]
FOR A FEDERAL INVESTIGATION**

    This matter comes before the court on the motion [24] by the petitioner for the court to order a federal investigation regarding discrepancies in his state felony indictment, discovery in his criminal case, and other issues regarding his state prosecution. A federal court, as part of the judicial branch, does not have the power to order an investigation into such matters, as investigation into criminal matters is a function of the executive branch through the Department of Justice. As such, the instant motion [24] is **DENIED**.

    **SO ORDERED**, this, the 20th day of August, 2021.

                                                              /s/   Roy Percy
                                                             UNITED STATES MAGISTRATE JUDGE